## DUFFIELD v. KRAMER.

No. 15134—Opinion Filed Sept. 23, 1924.

Error from District Court, Cherokee County; J. T. Parks, Judge.

Action between M. L. Duffield and P. C. Kramer. From the judgment, the former brings error. Reversed and remanded.

Bruce L. Keenan, for plaintiff in error.

H. M. Vance, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for new trial for failure of defendant in error to file brief as provided in rule 7 of this court.

---

## JONES et al. v. JONES.

No. 14610—Opinion Filed Sept. 23, 1924.

Error from District Court, Pontotoc County; A. C. Barrett, Judge.

Action between Adella Jones et al. and J. S. Jones. From the judgment, the former brings error. Reversed and remanded.

J. F. Schulte, for plaintiffs in error.

Ligon & Kidd, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for new trial for failure of defendant in error to file brief as provided in rule 7 of this court.

---

## In re ESTATE OF LESSERT, LESSERT, Adm'x, v. LESSERT et al.

No. 15127—Opinion Filed Sept. 23, 1924.

Error from District Court, Rogers County; C. H. Baskin, Judge.

Action between Lucy Lessert, administratrix, and William K. Lessert et al., in the matter of the estate of L. B. Lessert, deceased. From the judgment, the former brings error. Reversed and remanded.

Chas. R. Gray and Holtzendorff & Holtzendorff, for appellants.

Edward Jordan, for appellees.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for new trial for failure of defendants in error to file brief as provided in rule 7 of this court.

## BISHOP v. ALLEN et al.

No. 15209—Opinion Filed Sept. 23, 1924.

(Syllabus.)

### Appeal and Error — Case-Made—Time—Expiration.

Where no extension of time is given in which to serve case-made and the statutory period of 15 days has expired, the trial court has no jurisdiction to grant an extension of time and the Supreme Court acquires no jurisdiction to review the case on appeal.

Error from District Court, Oklahoma County.

Action between Rose Bishop and T. D. Allen and another. From the judgment, the former appeals. Dismissed.

McCaffrey & Smith, for plaintiff in error.

Freeling, Hood & Howard, for defendant in error.

PER CURIAM. In this case, defendant in error moves the court to dismiss the appeal for the reason that the case-made was not served within the valid extension of time. The order from which the appeal was taken was made on the 25th day of September, 1923, and the time was not extended in which to serve case-made. Case-made was not served within the statutory period of 15 days, but on the 9th day of November, 1923, the trial court extended the time 60 days. This order is void for want of jurisdiction on the part of the trial court to make this extension, and this court has no jurisdiction to review the case. The appeal is dismissed.